UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURE PAYMENT, INC.,<br><br>　　　　　　　　　Plaintiff(s),<br><br>　　　　v.<br><br>AFFIRM, INC.,<br><br>　　　　　　　　　Defendant(s). | 23-CV-8856 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

　　A conference was held on November 29, 2023. For the reasons discussed at the conference, it is hereby **ORDERED** that, if the parties consent to conduct all further proceedings before Magistrate Judge Sarah Netburn, the parties shall file an executed Form AO 85 (Notice, Consent, and Reference of a Civil Action to a Magistrate Judge), available at https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf, by **Friday, December 1, 2023.** If the parties do not consent to conduct all further proceedings before Magistrate Judge Sarah Netburn, the parties shall file a status letter stating whether they request a referral for settlement discussions before Judge Netburn by **December 1, 2023**.

　　SO ORDERED.

Dated: November 29, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge