```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PURE PAYMENT, INC.,

                            Plaintiff,                         23-CV-08856 (SN)

       -against-                                     **ORDER**

AFFIRM, INC.,

                            Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On the parties' request, this matter is referred to Magistrate Judge Sarah L. Cave for settlement purposes only.

**SO ORDERED.**

                                                                   _____
                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:       February 5, 2024
                  New York, New York