UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PURE PAYMENT, INC.,

                Plaintiff,

-v-

AFFIRM, INC.,

                Defendant.

CIVIL ACTION NO. 23 Civ. 8856 (SN) (SLC)

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 33 is GRANTED, and the Court orders as follows:

1. The settlement conference scheduled for May 13, 2024 is ADJOURNED sine die.

2. A telephone conference is scheduled for **Wednesday May 29, 2024 at 12:30 pm** on the Court's conference line to discuss the status of the parties' settlement efforts. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to terminate the May 13, 2024 settlement conference, and to close ECF No. 33.

Dated:      New York, New York
              May 8, 2024

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**