UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PURE PAYMENT, INC.,

            Plaintiff,

-v-

AFFIRM, INC.,

            Defendant.

CIVIL ACTION NO. 23 Civ. 8856 (SN) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    Pursuant to the telephone conference held on August 19, 2024, by **September 20, 2024**, the parties shall file either (i) a stipulation of dismissal for the attention of the Honorable Sarah Netburn or (ii) a joint letter, no longer than two (2) pages, reporting on the status of finalizing their settlement agreement.

Dated:    New York, New York
            August 20, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**